**Electronically Filed
Supreme Court
SCWC-24-0000715
05-SEP-2025
07:56 AM
Dkt. 24 OAWST**

SCWC-24-0000715

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF F.G.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000715; FC-S NO. 23-00093)

<u>ORDER APPROVING STIPULATION TO DISMISS</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed on September 3, 2025, and the record herein,

IT IS HEREBY ORDERED that the stipulation is approved, and this certiorari proceeding is dismissed. Each party shall bear their own attorney fees and costs, if any.

DATED: Honolulu, Hawai'i, September 5, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

